# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

REGGIE HARRIS

NO. 2026 KW 0306

**JUNE 1, 2026**

---

In Re:     Reggie Harris, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-04-0569.

---

BEFORE:    **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT GRANTED.** The record reflects relator filed a motion to correct an illegal sentence on January 30, 2025, and this matter was previously set for a motion hearing on four separate dates. The Department of Corrections or employees thereof failed to transport relator, as ordered, and produce him before the district court on each of these dates. Accordingly, relator's request for mandamus relief is granted and the district court is ordered to act on relator's motion to correct an illegal sentence on or before August 28, 2026. A copy of the district court's action on the motion shall be filed in this court on or before September 4, 2026.

> **MRT**
> **KEB**
> **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.